UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-20081-JEM

CREELED, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.

_____/

## DECLARATION OF ARTHUR ROBERT WEAVER

I, A. Robert Weaver, declare and state as follows:

1. I am over 18 years of age and I have personal knowledge of the facts set forth herein. I make this declaration as supporting information of Plaintiff's Certificate of Service as well as in advance of the Court's status conference scheduled for February 28, 2024. If called upon to do so, I could and would competently testify to the following facts set forth below.

2. I am counsel of record for Plaintiff, CreeLED, Inc. ("Plaintiff") and a member of the law firm The Brickell IP Group, PLLC.

3. On January 28, 2024, the Brickell IP Group served Alibaba at the e-mail address ipr_ustro@service.alibaba.com with a copy of the Court's Temporary Restraining Order ordering the online platform to produce identifying information of those Defendants operating on their platform. *See* [D.E. 5], at 7-8. This e-mail address is the e-mail address previously provided to the Brickell IP Group in other actions similar in nature to this action.

4. On January 30, 2024, an unnamed representative responded from this account on behalf of Alibaba requesting Plaintiff pay a processing fee of $2,400, or $40 per defendant on the Alibaba platform.

5. Alibaba demanded this payment even though the Brickell IP Group had a credit of $1,960 with Alibaba due to overpayments of this "process fee" in other actions. Accordingly, Alibaba advised the Brickell IP Group that it "means you still need to pay $440 process fee for this case."

6. On February 15, 2024, the Brickell IP Group provided Alibaba a copy of the wire transfer receipt indicating that this additional "process fee" had been wired pursuant to Alibaba's payment instructions.

7. On February 24, 2024, having *still* not received a substantive reply from Alibaba, I e-mailed Alibaba advising it that its delay is in breach of the Temporary Restraining Order's requirement to produce Defendants' identifying information within five (5) business days.

8. On February 26, 2024, nearly four weeks after service, Alibaba provided identifying information to Plaintiff. However, the spreadsheet provided to Plaintiff contained the identifying information ***for only one defendant***, Defendant No. 1 with a store url including Alibaba.com.

9. That same day, I immediately advised Alibaba that its production identifying only one (1) of the sixty (60) defendants was deficient, and that Plaintiff would raise the issue with the Court at the previously scheduled status conference to be held on February 28, 2024 because Plaintiff cannot formally serve, or even informally notify, these Defendants that a lawsuit had been filed and a temporary restraining order had been entered against them.

10. Alibaba responded that Plaintiff apparently erred in not directing service to "IPR_USTRO@aliexpress.com" for stores operating on the AliExpress platform because "Alibaba.com and AliExpress are two separate platforms."

11. That night I responded, including this e-mail address, and *inter alia* demanded immediate production of the Defendants' identifying information.

12. Stunningly, I received a server error message that this the e-mail address IPR_USTRO@aliexpress.com could not be found!

13. True and correct copies of the e-mail chain between Plaintiff's counsel and Alibaba, as well as the server error message received by Plaintiff, are attached herewith in support of this declaration.

14. Additionally, despite allegedly not perfecting service with respect to AliExpress accounts, Plaintiff's counsel began receiving requests to resolve this dispute on the morning of February 27, 2024 from accounts operating on the AliExpress platform. Specifically, Plaintiff's counsel has been contacted by Defendant Nos. 8 and 29 requesting resolution. Notably, Plaintiff cannot propose a resolution until Alibaba provides a Defendant's financial information (*i.e.* the amount of infringing sales, evidencing the extent of the seller's unlawful activity).

15. The fact that AliExpress sellers contacted Plaintiff on February 27, 2024 evidences one of two things. A first scenario is that these sellers were notified long ago and this demonstrates that Alibaba's requirement that the inactive IPR_USTRO@aliexpress.com address be contacted for AliExpress sellers is a fabricated requirement. An alternative scenario is that these sellers were notified on February 26, 2024 after Plaintiff's meet and confer correspondence, and this evidences that Alibaba's delay of nearly four (4) weeks to produce identifying information for a single

3

defendant was wholly unjustified. Either way, Alibaba failed to comply with the Court's Temporary Restraining Order.

16.  If Alibaba believes these facts to be untrue or to contest Plaintiff's representations, Plaintiff's counsel provided Alibaba notice of the February 28, 2024 hearing including the Zoom information provided by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this <u>27th</u> day of February 2024, at Pasco County, Florida.

<u>*/A. Robert Weaver /*</u>
Arthur Robert Weaver

**rweaver@brickellip.com**

| | |
|---|---|
| **From:** | rweaver@brickellip.com |
| **Sent:** | Tuesday, February 27, 2024 9:53 AM |
| **To:** | 'IPR_USTRO'; 'IP Administrator'; IPR_USTRO@aliexpress.com |
| **Cc:** | 'Javier Sobrado'; 'Siân Kelly'; 'Rick Guerra' |
| **Subject:** | RE: 回复：回复：回复：Ali - Def. No. 1-60 / NEW MATTER - Case No. 24-cv-20081 - Creeled, Inc. |
| **Attachments:** | Delivery Status Notification (Failure) (6.21 KB) |

Colleagues,

Further to my previous e-mail, we received a delivery status from your server that IPR_USTRO@aliexpress.com is a false email address. See attached. We will also bring this to the Court's attention. Please process the AlibExpress accounts as soon as possible.

Regards,
Rob

A. Robert Weaver, Esq.
Member
The Brickell IP Group, PLLC
400 North Tampa Street
15th Floor
Tampa, FL 33602
Office: 813-278-1358
e-mail: rweaver@brickellip.com
www.brickellip.com



**From:** rweaver@brickellip.com <rweaver@brickellip.com>
**Sent:** Monday, February 26, 2024 10:42 PM
**To:** 'IPR_USTRO' <ipr_ustro@service.alibaba.com>; 'IP Administrator' <admin@brickellip.com>; IPR_USTRO@aliexpress.com
**Cc:** 'Javier Sobrado' <jsobrado@brickellip.com>; 'Siân Kelly' <sian@axencis.com>; 'Rick Guerra' <rguerra@brickellip.com>
**Subject:** RE: 回复：回复：回复：Ali - Def. No. 1-60 / NEW MATTER - Case No. 24-cv-20081 - Creeled, Inc.

<span style="color:red">NOTICE OF HEARING</span>

Colleagues,

First and foremost, attached again is the schedule of defendants with IPR_USTRO@aliexpress.com included in this chain. The court order requires a response within five (5) business days of today. In the below e-mail chain, you were previously provided proof of payment that covers Alibaba's fees as well as copies of all evidence of infringement, although neither is necessary to comply with the Court's order.

1

Second, the Court *sua sponte* scheduled a hearing for this Wednesday (2/28) at 3:30pm ET. The Court is frustrated that we have been unable to serve these defendants. We intend to explain this situation to the Court. We are providing you this link to join the Zoom hearing in the event you would like to have counsel present.

Finally, I want to clearly and plainly advise you what we intend to represent to the Court on Wednesday. As reflected in this e-mail chain, we will advise the Court that:
- On January 28, Alibaba was served at its previously provided e-mail address ipr_ustro@service.alibaba.com
- On January 30, Alibaba responded that it had received the Court order but <u>refused</u> to comply with the order unless it received a $2,400 payment from Plaintiff constituting an applied credit $1960 plus an additional $440
- February 5th, the Court ordered deadline came and went without word from Alibaba.
- Despite there being no basis in law to demand payment to comply with a <u>court order</u>, Plaintiff attended to this extortionist and unlawful payment on February 15th and forwarded proof of payment the same day.
- On February 24th, having *still* not heard from Alibaba, we sent a demand for prompt compliance.
- On February 26th, Alibaba produced a spreadsheet with a single seller account operating on the Alibaba.com platform. S
- So to summarize – **it took Alibaba nearly a whole month (from 1/28 to 2/26) to produce documentation for a single account. Moreover, the representative operating the ipr_ustro@service.alibaba.com account demanded payment for all defendants, including the AliExpress defendants, before you would even acknowledge the court order**. Put another way, you already had payment to cover production of the Alibaba.com seller, yet on behalf of AliExpres you demanded full payment for all sellers. This grossly dilatory and grounds to request the Court have a follow up show cause hearing
- Additionally, we have had two Ali sellers reach out to us for resolution, even though there's only 1 Alibaba.com defendant allegedly subject to our serving the Court order on ipr_ustro@service.alibaba.com. This gives Plaintiff reason to believe **that Ali is providing notice to sellers of this lawsuit without promptly providing Plaintiff contact information so that these sellers can be served**. Upon information and belief, Plaintiff (both this plaintiff and other plaintiffs which this firm represents or previously represented) are being given the run-around – through moving targets of different and new e-mail addresses, baseless requirements to pay fees to comply with a court order, and requiring copies of our evidence as if you are an independent arbiter to a Court's order and can decide independently if you should comply with the Court – all so that counterfeiters operating on the Ali platforms can avoid liability in U.S. federal court.

If Alibaba, AliExpress, or any other jointly conspiring Ali entity would like to contest these representations, we invite their counsel to attend the hearing on Wednesday.

In the interim, we look forward to production of the contact information for the AliExpress accounts. Plaintiff **will** move to compel this production on March 6th, the sixth day after this e-mail, if AliExpress has not complied with this court order.

Regards,

A. Robert Weaver, Esq.
Member
The Brickell IP Group, PLLC
400 North Tampa Street
15th Floor
Tampa, FL 33602
Office: 813-278-1358
e-mail: rweaver@brickellip.com
www.brickellip.com



2

**From:** IPR_USTRO <ipr_ustro@service.alibaba.com>
**Sent:** Monday, February 26, 2024 4:06 AM
**To:** rweaver <rweaver@brickellip.com>; IP Administrator <admin@brickellip.com>
**Cc:** Javier Sobrado <jsobrado@brickellip.com>; Siân Kelly <sian@axencis.com>; Rick Guerra <rguerra@brickellip.com>
**Subject:** 回复：回复：回复：Ali - Def. No. 1-60 / NEW MATTER - Case No. 24-cv-20081 - Creeled, Inc.

Dear Counsel,

Alibaba.com and AliExpress are two separate platforms. This email processes Alibaba.com sellers only, as you have been notified numerous times in our prior correspondences. Alibaba.com has provided the requested information on the 1 Alibaba.com seller, and Alibaba.com's TRO obligation has been satisfied.

Please direct the rest of your AliExpress request to IPR_USTRO@aliexpress.com. Thank you.

Alibaba.com Team

Notice: This email (including any attachments) is sent by the Alibaba.com legal department and is confidential and may be legally privileged. If you received this email in error, please notify us by reply e-mail, delete this message from your system and do not copy it or use it for any purpose or disclose its contents to any other person. Thank you.
注意：本电邮(包括任何附件)由阿里巴巴国际站法务部发出，含有机密资料及可能受法律保护。如阁下错误收到此电邮，敬请以电邮通知我司，于阁下之系统内删除本信息，及不可将本电邮复印或用作任何用途或对任何人士透露本邮件之内容。多谢合作!

---------------------------------------------------------------
发件人：rweaver <rweaver@brickellip.com>
发送时间：2024年2月26日(星期一) 15:27
收件人：IPR_USTRO<ipr_ustro@service.alibaba.com>; IP Administrator<admin@brickellip.com>
抄　送：Javier Sobrado<jsobrado@brickellip.com>; "Siân Kelly"<sian@axencis.com>; Rick Guerra<rguerra@brickellip.com>
主　题：RE: 回复：回复：Ali - Def. No. 1-60 / NEW MATTER - Case No. 24-cv-20081 - Creeled, Inc.

The attached spreadsheet has one seller. Where are the other 59 so that we may notify them of the lawsuit?

Also, the Monday deadline is a courtesy so to avoid motion practice. Given this grossly deficient response, motion practice is clearly necessary. The Court order (not a subpoena, a court order) required compliance within 5 days. We are *well* beyond that.

Please be advised that the Court *sua sponte* scheduled a Wednesday hearing. See attached. We will forward to this e-mail address the Zoom link for the hearing. We will also be filing our motion to show cause and advising the Court that you were made aware of this hearing.

3

A. Robert Weaver, Esq.
Member
The Brickell IP Group, PLLC
400 North Tampa Street
15th Floor
Tampa, FL 33602
Office: 813-278-1358
e-mail: rweaver@brickellip.com
www.brickellip.com



**From:** IPR_USTRO <ipr_ustro@service.alibaba.com>
**Sent:** Monday, February 26, 2024 2:18 AM
**To:** rweaver <rweaver@brickellip.com>; IP Administrator <admin@brickellip.com>
**Cc:** Javier Sobrado <jsobrado@brickellip.com>; Siân Kelly <sian@axencis.com>; Rick Guerra <rguerra@brickellip.com>
**Subject:** 回复：回复：Ali - Def. No. 1-60 / NEW MATTER - Case No. 24-cv-20081 - Creeled, Inc.

Dear Counsel,

Please take notice that Alibaba.com has never refused to comply with court order. Please excuse the delay due to Chinese New Year (Public Holiday between Feb. 9-18). We appreciate your patience and understanding, and will work to provide prompt responses for future cases. In the meantime, we encourage you to send all necessary materials outlined in our protocol at once to make sure we can process your future cases in the most efficient manner. Our processing can only start after receiving ALL necessary materials from you, including the processing fees. Please find the requested information attached here, which is provided before your arbitrary Monday Noon ET as a courtesy.

On a purely discretionary and without prejudice basis, we confirm that the respective accounts of the sellers identified have been frozen.

Please find attached the defendants' information requested. These information are produced on a confidential basis and are to be used solely for the purpose of pursuing claims against the allegedly infringing sellers directly.  These documents also are being produced on a voluntary and without prejudice basis and shall be considered to satisfy any theoretical obligations to produce records pursuant to the TROs.

All our rights and remedies are reserved.

Best Regards,
Alibaba.com Team

Notice: This email (including any attachments) is sent by the Alibaba.com legal department and is confidential and may be legally privileged. If you received this email in error, please notify us by reply e-mail, delete this message from your system and do not copy it or use it for any purpose or disclose its contents to any other person. Thank you.
注意：本电邮(包括任何附件)由阿里巴巴国际站法务部发出，含有机密资料及可能受法律保护。如阁下错误收到此电邮，敬请以电邮通知我司，于阁下之系统内删除本信息，及不可将本电邮复印或用作任何用途或对任何人士透露本邮件之内容。多谢合作!

---

发件人：rweaver <rweaver@brickellip.com>

发送时间：2024年2月24日(星期六) 02:32

收件人：IP Administrator<admin@brickellip.com>; IPR_USTRO<ipr_ustro@service.alibaba.com>

抄　　送：Javier Sobrado<jsobrado@brickellip.com>; "Siân Kelly"<sian@axencis.com>; Rick Guerra<rguerra@brickellip.com>

主　　题：RE: 回复：Ali - Def. No. 1-60 / NEW MATTER - Case No. 24-cv-20081 - Creeled, Inc.

NOTICE OF COURT ORDER VIOLATION

Colleagues,

You were served this TRO almost a month ago. It required a response within five (5) business days. Although your request to pay a processing fee per defendant is unnecessary for you to comply with a court order, we attended to this payment more than a week ago.

On Monday, we *will* move for an order to show cause with the district court seeking to compel this production, sanctions against Alibaba, and a finding of fact that will support separate claims against Alibaba under the DMCA, contributory claims for counterfeiting, and claims of conspiring to aid and abet counterfeiters. Alibaba is displaying a disturbing pattern of refusal to comply with court orders, as evidenced by my colleague Richard Guerra's, correspondence with you regarding Case No 24-cv-60054.

We demand this production by noon ET on Monday or we will file a motion to show cause why sanctions should not be levied against Alibaba for willful disregard of the court's order. Our client has already been prejudiced by this delay, and frankly it's also prejudicing the sellers operating on your platforms because nearly a month has passed and we still have been unable notify them that they have been named in a federal lawsuit. This pattern has to stop.

Additionally, the Court entered an order requiring a status conference on this case for next Wednesday. The notice is attached. We intend to address Alibaba's delay at this hearing.

Thank you for your cooperation,
Rob

A. Robert Weaver, Esq.
Member
The Brickell IP Group, PLLC
400 North Tampa Street
15th Floor
Tampa, FL 33602
Office: 813-278-1358
e-mail: rweaver@brickellip.com
www.brickellip.com



---

**From:** rweaver@brickellip.com <rweaver@brickellip.com>
**Sent:** Thursday, February 15, 2024 1:37 AM
**To:** 'IP Administrator' <admin@brickellip.com>; 'IPR_USTRO' <ipr_ustro@service.alibaba.com>
**Cc:** 'Javier Sobrado' <jsobrado@brickellip.com>; 'Siân Kelly' <sian@axencis.com>
**Subject:** RE: 回复：Ali - Def. No. 1-60 / NEW MATTER - Case No. 24-cv-20081 - Creeled, Inc.
**Importance:** High

Dear colleagues,

Please find attached a wire transfer receipt for the $440 in this matter. Please confirm receipt and urgently provide the information ordered to be produced in the TRO.

Thank you,
Rob

A. Robert Weaver, Esq.
Member
The Brickell IP Group, PLLC
400 North Tampa Street
15th Floor
Tampa, FL 33602
Office: 813-278-1358
e-mail: rweaver@brickellip.com
www.brickellip.com



---

**From:** IP Administrator <admin@brickellip.com>
**Sent:** Tuesday, January 30, 2024 3:07 PM
**To:** IPR_USTRO <ipr_ustro@service.alibaba.com>
**Cc:** rweaver@brickellip.com; Javier Sobrado <jsobrado@brickellip.com>; 'Siân Kelly' <sian@axencis.com>
**Subject:** Re: 回复：Ali - Def. No. 1-60 / NEW MATTER - Case No. 24-cv-20081 - Creeled, Inc.

Dear Colleagues,

Thank you for your email and clarification.

We will wire the remaining $440 processing fee for this case.

6

Best regards,
Stephanie

Estefania Belaunde
IP Administrator
The Brickell IP Group, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami, FL 33131
e-mail: admin@brickellip.com
www.brickellip.com



This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

**From:** IPR_USTRO <ipr_ustro@service.alibaba.com>
**Date:** Tuesday, January 30, 2024 at 3:19 AM
**To:** IP Administrator <admin@brickellip.com>
**Subject:** 回复：Ali - Def. No. 1-60 / NEW MATTER - Case No. 24-cv-20081 - Creeled, Inc.

Dear Counsel,

Thank you for your cooperation.

We acknowledge the $6,280.00 credit of "Crazy Forts 23-20776". However, you have already used $4,320.00 in Case No. 24-cv-60054 – DSQUARED2 TRADEMARKS LTD.(see as the picture below), which means you still need to pay $440 process fee for this case.

If you have any further questions, please do not hesitate to contact us.

> **Subject:** FW: 回复：Alibaba – Def. 1 – 108 / NEW MATTER – Case No. 24–cv–60054 – DSQUARED2 TRADEMARKS LTD.
>
> To Whom It May Concern,
> Pursuant to the following request, please find attached a copy of the operative Complaint for the above referenced case.  The docket URL for this matter is as follows:
> https://www.dropbox.com/scl/fo/u5s3lb6ppq4vxu8g0bxn6/h?rlkey=e4u934jogg7qi2zbbb73badez&dl=0.
> We will send you copies of the screenshots for the infringing listings separately.  With respect to the processing fee, our client has a $6,280.00 credit with Ali from payment made in connection with "Crazy Forts 23–20776."  We ask that you apply the $4,320.00 requested on this case from the aforesaid credit.  Please let us know if you have any questions.
> Thank you,

Best Regards,
Alibaba.com Team

Notice: This email (including any attachments) is sent by the Alibaba.com legal department and is confidential and may be legally privileged. If you received this email in error, please notify us by reply e-mail, delete this message from your system and do not copy it or use it for any purpose or disclose its contents to any other

person. Thank you.

注意：本电邮(包括任何附件)由阿里巴巴国际站法务部发出，含有机密资料及可能受法律保护。如阁下错误收到此电邮，敬请以电邮通知我司，于阁下之系统内删除本信息，及不可将本电邮复印或用作任何用途或对任何人士透露本邮件之内容。多谢合作！

------------------------------------------------------------------
发件人：IP Administrator <admin@brickellip.com>

发送时间：2024年1月28日(星期日) 03:21

收件人："ipr_ustro@service.alibaba.com"<ipr_ustro@service.alibaba.com>

抄　　送："rweaver@brickellip.com"<rweaver@brickellip.com>; Javier Sobrado<jsobrado@brickellip.com>; "careyramos@quinnemanuel.com"<careyramos@quinnemanuel.com>

主　　题：Ali - Def. No. 1-60 / NEW MATTER - Case No. 24-cv-20081 - Creeled, Inc.

Re:  Ali - Def. No. 1-000 / NEW MATTER - Case No. 24-cv-20081 - Creeled, Inc.

Dear Colleagues,

We are representing the interests of the Plaintiff in the above-referenced matter.  The U.S. District Court for the Southern District of Florida recently issued the attached Temporary Restraining Order which, in part, grants the Plaintiff's request to obtain expedited discovery on certain Seller IDs listed in the attached Schedule A.  With respect to Seller ID Nos. 1-60, the Seller accounts at issue are operated by Ali.  Attached is an Excel spreadsheet identifying these specific Sellers with the product URL associated with the accused product.  Please let us know if there is any additional information you require to provide the information requested by the attached subpoena.

The evidence of infringing products can be found via the following link:
https://www.dropbox.com/scl/fo/2xbceklx4ulp6ibdxvoaq/h?rlkey=9ncxvt0z1qlz8pxc6yyp2xb6q&dl=0

The docket URL for this matter is as follows:
https://www.dropbox.com/scl/fo/y3pdb1woxgddxflqm3wn6/h?rlkey=pqn8vn855p31ccehuacxdm0p9&dl=0

With respect to the processing fee, our client has a $6,280.00 credit with Ali from payment made in connection with "Crazy Forts 23-20776."  We ask that you apply the $2,400.00 requested on this case from the aforesaid credit.  Please let us know if you have any questions.

We thank you in advance and look forward to cooperating with you to facilitate this process.

Best regards,
Stephanie

Estefania Belaunde
IP Administrator
The Brickell IP Group, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami, FL 33131
e-mail: admin@brickellip.com
www.brickellip.com



This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

**rweaver@brickellip.com**

| | |
|---|---|
| **From:** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **Sent:** | Monday, February 26, 2024 10:42 PM |
| **To:** | rweaver@brickellip.com |
| **Subject:** | Delivery Status Notification (Failure) |
| **Attachments:** | details.txt |



## Address not found

Your message wasn't delivered to **IPR_USTRO@aliexpress.com** because the address couldn't be found, or is unable to receive mail.

The response from the remote server was:

```
554 RCPT (IPR_USTRO@aliexpress.com) dosn't exist
```

**rweaver@brickellip.com**

| | |
|---|---|
| **From:** | Mail Delivery Subsystem <mailer-daemon@googlemail.com> |
| **Sent:** | Tuesday, February 27, 2024 9:53 AM |
| **To:** | rweaver@brickellip.com |
| **Subject:** | Delivery Status Notification (Failure) |
| **Attachments:** | details.txt |



## Address not found

Your message wasn't delivered to **IPR_USTRO@aliexpress.com** because the address couldn't be found, or is unable to receive mail.

The response from the remote server was:

```
554 RCPT (IPR_USTRO@aliexpress.com) dosn't exist
```