UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-cv-20081-JEM

CREELED, INC.,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

      Defendants.
_____/

## CERTIFICATE OF SERVICE

I certify and declare that I am over the age of 18 years, and I am an attorney for Plaintiff CreeLED, Inc. in the above captioned action.

On February 28, 2024, The Brickell IP Group, PLLC emailed copies of the Complaint (Dkt. 1), Order granting alternative service (Dkt. 8), Schedule A (Dkt. 9-1), Order granting the temporary restraining order (Dkt. 10), and the issued summons (Dkt. 17) to Defendant Nos. 2-60[1] on Schedule A based on e-mail addresses provided by the third-party online marketplace platforms.

The Defendants were contemporaneously provided a link to Plaintiff's publication website https://www.dropbox.com/scl/fo/y3pdb1woxgddxflqm3wn6/h?rlkey=pqn8vn855p31ccehuacxdm0p9&dl=0 on which Plaintiff has maintained copies of all filings in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

---

[1] The other Defendants were previously served. *See* (Dkt. 18).

Date:   March 1, 2024                                  Respectfully submitted by,

THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami FL, 33131
Tel: 305-728-8831
Fax: 305-428-2450

*/s/ A. Robert Weaver*
A. Robert Weaver
Fla. Bar No. 92132
Email: rweaver@brickellip.com

*Counsel for Plaintiff*