UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-20081-JEM

CREELED, INC.,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

      Defendants.

_____/

## PLAINTIFF'S MOTION TO UNSEAL

Plaintiff, CreeLED, Inc., by and through its undersigned counsel, hereby moves this Court for an Order unsealing all documents that have been restricted/sealed from the Court docket and returning all portions of the Court file to the public records.  As grounds therefore, Plaintiff states:

1.      On January 16, 2024, Plaintiff filed its *Ex Parte* Motion for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets, together with the supporting Declarations and Exhibits (the "*Ex Parte* Motion for TRO") [ECF No. 5], pursuant to Local Rule 5.4(d), which requires, unless the Court directs otherwise, *ex parte* filings be restricted from public view.  That same day Plaintiff also filed its *Ex Parte* Motion for Order Authorizing Alternate Service of Process on Defendants (the "*Ex Parte* Motion for Alternate Service") [ECF No. 6].

2.      On January 17, 2024, the Court issued a Sealed Order Granting Plaintiff's *Ex Parte* Motion for Alternative Service [ECF No. 8], and on February 12, 2024, the Court issued a Sealed Order Granting Plaintiff's *Ex Parte* Application for Entry of Temporary Restraining Order (the

"Sealed Temporary Restraining Order") [ECF No. 10]. Upon receipt of the Sealed Temporary Restraining Order, Plaintiff served the Sealed Temporary Restraining Order on the requisite financial institutions to restrain Defendants' financial accounts at issue.

3.      Plaintiff has confirmed the restraints of Defendants' accounts and has served the Complaint, Summons, Sealed Temporary Restraining Order, Order Extending the Temporary Restraining Order and all pleadings and filings in this matter on each Defendant in this action by: (1) providing the address to Plaintiff's designated Serving Notice Website to Defendants via e-mail to the e-mail accounts provided by the e-commerce platform associated with each of the Seller IDs, and (2) posting a copy of all documents filed in this matter at the URL https://www.dropbox.com/scl/fo/y3pdb1woxgddxflqm3wn6/h?rlkey=pqn8vn855p31ccehuacxdm 0p9&dl=0. *See* Certificates of Service [ECF Nos. 18, 21].

4.      Additionally, the Court ordered Plaintiff to move to unseal the record once service was completed. See Order [ECF No. 7].This motion is in compliance with that Order as a seal on this matter is no longer required and Plaintiff respectfully requests this matter be unsealed and the portions of the docket relating to Plaintiff's *Ex Parte* Motion for TRO, together with all other documents that have been restricted from the Court docket, be returned to the public portions of the Court file.

5.      Additionally, unsealing the record is required in order to timely comply with the Court's Order to add the defendants to the CM/ECF system. [ECF No. 18].

WHEREFORE, Plaintiff respectfully requests this Court issue an Order unsealing all documents filed with the Court that have been restricted from the Court docket and direct the Clerk to return those portions of the Court file to the public records.

Date:   March 1, 2024                                    Respectfully submitted by,

                                                                    THE BRICKELL IP GROUP, PLLC
                                                                    1101 Brickell Avenue
                                                                    South Tower, Suite 800
                                                                    Miami FL, 33131
                                                                    Tel: 305-728-8831
                                                                    Fax: 305-428-2450

                                                                    */s/ A. Robert Weaver*
                                                                    Javier Sobrado
                                                                    Fla. Bar No. 44992
                                                                    Email: jsobrado@brickellip.com
                                                                    A. Robert Weaver
                                                                    Fla. Bar No. 92132
                                                                    Email: rweaver@brickellip.com

                                                                    *Counsel for Plaintiff*

3