UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 24-20081-CIV-MARTINEZ

CREELED, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

### ORDER GRANTING MOTION TO UNSEAL

**THIS CAUSE** came before this Court on Plaintiff's Motion to Unseal, (ECF No. 22). Plaintiff requests that all documents filed with this Court that have been restricted from the public docket be unsealed as a seal on this matter is no longer required. After careful consideration, it is

**ORDERED AND ADJUDGED** that:

1. Plaintiff's Motion to Unseal, (ECF No. 22), is **GRANTED**.

2. The Clerk is **DIRECTED** to **UNSEAL** all prior docket entries in this case and return those portions of the file to the public records.

**DONE AND ORDERED** in Chambers at Miami, Florida, this __1__ day of March, 2024.

                                                      JOSE E. MARTINEZ
                                                      UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record