UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-20081-MARTINEZ-SANCHEZ

CREELED, INC.,

     Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

     Defendants.

_____/

## **NOTICE OF ENTRY OF PARTIES**

Plaintiff CreeLED, Inc., by and through its undersigned counsel, hereby gives notice that

the Defendants[1] identified below are being added to this matter.

| Def. | Seller Name |
|------|-------------|
| 1 | Shenzhen Qianlin Lighting Co., Ltd. |
| 2 | 21  Led  Lighting Co.,LTD |
| 3 | Aixy Topled Store |
| 4 | Bebe World Lamp Specialty Store |
| 5 | Berabo Official Store |
| 6 | Bestsav1 Store |
| 7 | CI CI WARM Store |
| 8 | DF light Store |
| 9 | Extreme Sports Store |
| 10 | FPKB LED Store |
| 11 | GFXXYH Lighting Factory Store |
| 12 | GT Lighting Store |
| 13 | HEINAST Lighting Store |
| 14 | HRI outdoor exercise Store |
| 15 | ICYYGO Tech Store |
| 16 | IGMOPNRQ Component parts Store |

[1] Defendandants were previously listed on Schedule A to the Complaint

| Def. | Seller Name |
|---|---|
| 17 | Kiwilighting Store |
| 18 | Luckyinmall Store |
| 19 | NO.1 Electronics store |
| 20 | One TRLIFE LED Light Store |
| 21 | ORCATORCH Lighting Store |
| 22 | Paweinuo Factory Store |
| 23 | PD Grow Lamp-Night Light Store |
| 24 | PGLTS Lights Store |
| 25 | POCKETMANhongtao Store |
| 26 | Ricardo Cycling Store |
| 27 | Richfire Official Store |
| 28 | Ruix house Store |
| 29 | ShanDun LED Factory Store |
| 30 | ShenZhen HangYue Store |
| 31 | Shenzhen Ilikebuy Technology Co.,Ltd. |
| 32 | SHENZHEN LED Store |
| 33 | Shenzhen NuoSenDa Electronics Ltd. |
| 34 | Shenzhen Yajiamei Photoelectric Co., LTD |
| 35 | Shenzhen-SF- Lighting Store |
| 36 | Shop1102812186 Store |
| 37 | Shop1102824319 Store |
| 38 | Shop1102905264 Store |
| 39 | Shop1103071239 Store |
| 40 | Shop1126001 Store |
| 41 | Shop1779069 Store |
| 42 | Shop4666125 Store |
| 43 | Shop617192 Store |
| 44 | small pill's store |
| 45 | Sobaldr Store |
| 46 | SSMMDZ Store |
| 47 | stictech co., ltd ,outdoor Store |
| 48 | Tai Lighting Store |
| 49 | The GOvogue Store |
| 50 | TRLIFE Official Store |
| 51 | VBS Official Store |
| 52 | walkefire cycling fun Store |
| 53 | Wins Fire Light Store |
| 54 | XIANGCLEAR Store |
| 55 | XIAO9 Cycling Accessories Store |
| 56 | XINYI factory Store |

| Def. | Seller Name |
|------|-------------|
| 57 | XIWANGFIRE Official Store |
| 58 | Yahardware Store |
| 59 | Yajiamei Optics Co.,Ltd. |
| 60 | yifanao Official Store |
| 61 | aaab |
| 62 | amychen4646 |
| 63 | bandala |
| 64 | bei09 |
| 65 | big4grow |
| 66 | bookgoods |
| 67 | camellia3 |
| 68 | chao07 |
| 69 | christmas lights |
| 70 | cindan |
| 71 | cow08 |
| 72 | dandankang |

Date:   March 4, 2024

Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: jsobrado@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*