UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-20081-MARTINEZ-SANCHEZ

CREELED, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF ENTRY OF PARTIES

Plaintiff CreeLED, Inc., by and through its undersigned counsel, hereby gives notice that the Defendants[1] identified below are being added to this matter.

| Def. | Seller Name |
|------|-------------|
| 73 | danny2014 |
| 74 | dou08 |
| 75 | eebhod |
| 76 | flashpurchase |
| 77 | fyautoper |
| 78 | garden_light |
| 79 | glasgow |
| 80 | GLOBAL Lights Technology |
| 81 | Guangzhou TIPTOP Stage Lighting Corporation limited |
| 82 | holawholesaler |
| 83 | hu0822 |
| 84 | huisports |
| 85 | huo06 |
| 86 | hydd |
| 87 | isearching |
| 88 | jetboard |

---

[1] Defendandants were previously listed on Schedule A to the Complaint

| Def. | Seller Name |
|---|---|
| 89 | keng05 |
| 90 | koj7820 |
| 91 | laiwenyuan |
| 92 | led light |
| 93 | Led light/Face mask store |
| 94 | ledchris |
| 95 | ledwholesale711 |
| 96 | lian09 |
| 97 | lilykang |
| 98 | long10 |
| 99 | luxurylady1 |
| 100 | measuringtools |
| 101 | mengyang10 |
| 102 | mkij0218 |
| 103 | Mtled8 |
| 104 | niao009 |
| 105 | opus |
| 106 | outdoors2000 |
| 107 | pang06 |
| 108 | patrickchen |
| 109 | qiangdhgatesco |
| 110 | ravpower |
| 111 | selectedlighting |
| 112 | shen8402 |
| 113 | shenzhen2005 |
| 114 | smxx |
| 115 | sport_company |
| 116 | sportop_company |
| 117 | sunway518 |
| 118 | superledmarket |
| 119 | tales02 |
| 120 | topwholesalerno1 |
| 121 | tuttle |
| 122 | us_maryland |
| 123 | vavashop |
| 124 | violin1 |
| 125 | vip_warehouse |
| 126 | volvo-dh2010 |
| 127 | walstarled |
| 128 | wds542 |

| Def. | Seller Name |
|------|-------------|
| 129  | weightscales |
| 130  | Wholesale product |
| 131  | wishmall66 |
| 132  | wolfkingoutdoor |
| 133  | wsj121314864 |
| 134  | wuliannanya |
| 135  | XY Happy |
| 136  | xzoepi |
| 137  | xzxzccc |
| 138  | yiwutop2 |
| 139  | yqlchpchx888 |
| 140  | zeinlam |
| 141  | zhy0877 |
| 142  | Zidoneled |

Date:   March 4, 2024                    Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: jsobrado@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*

3