UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20081-Civ-Martinez/Sanchez

CreeLED, Inc.,

    Plaintiff,

v.

The Individuals, Partnerships and
Unincorporated Associations
Identified on Schedule "A,"
    Defendants.
_____/

**REPORT AND RECOMMENDATION ON PLAINTIFF'S
MOTION FOR ENTRY OF PRELIMINARY INJUNCTION**

This matter is before the Court on Plaintiff CreeLED, Inc.'s Motion for Preliminary Injunction (the "Motion").[1] ECF No. 5. The Plaintiff has moved for entry of a preliminary injunction against Defendants[2] based on alleged violations of the Lanham Act, 15 U.S.C. §§ 1114 and 1125(a), and claims of common law unfair competition and common law trademark infringement.

The Court held a hearing on March 8, 2024, at which only counsel for the Plaintiff was present and available to provide evidence supporting the Motion. Defendants have not responded to the Motion, nor served any filing in this case, nor have they appeared in this matter

---

[1] The Motion was originally filed as an *Ex Parte* Motion for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets, but the Honorable Jose E. Martinez granted the Plaintiff's request for entry of a temporary restraining order and an order restraining transfer of assets, ECF No. 10, and he then referred all matters relating to the Plaintiff's request for entry of preliminary injunction to the undersigned for a Report and Recommendation, ECF No. 11.

[2] The Defendants are the Individuals, Partnerships, and Unincorporated Associations identified in Schedule A to the Complaint. ECF No. 1. Schedule A is also attached hereto, and it is found on the public docket at ECF No. 9-1.

either individually or through counsel. Having reviewed the Motion, its accompanying attachments, the record, and the relevant legal authority, and for the reasons discussed below, the undersigned **RESPECTFULLY RECOMMENDS** that the Plaintiff's Motion for Preliminary Injunction be **GRANTED**.

## I. BACKGROUND

The Plaintiff is the owner of the federally registered trademarks identified in Schedule B (the "CreeLED Marks"), ECF No. 5-4, attached to the Declaration of David Marcellino, ECF No. 5-1 at ¶ 3, as well as attached hereto. The CreeLED Marks are used in connection with the design, marketing, and distribution of various high-quality goods and merchandise relating to lighting applications. *See* ECF No. 5-1 at ¶¶ 5, 10.

The Defendants, through the various Internet based e-commerce stores operating under the seller identities and domain names identified on Schedule A to the Complaint (the "Seller IDs"),[3] have advertised, promoted, offered for sale, or sold goods bearing and/or using what the Plaintiff has determined to be counterfeits, infringements, reproductions, or colorable imitations of the CreeLED Marks. *See* ECF No. 5-1 at ¶¶ 10-14; *see also* ECF No. 5-2 at ¶¶ 5-6 (Declaration of A. Robert Weaver).

Although each of the Defendants may not copy and infringe each of the CreeLED Marks for each category of goods protected, the Plaintiff has submitted sufficient evidence showing that each of the Defendants has infringed at least one of the CreeLED Marks. *See* ECF No. 5-1 at ¶¶ 10-14; ECF No. 5-2 at ¶ 4 (explaining that Schedule C contains "web page captures from Defendants' Internet based e-commerce stores operating under the Seller IDs."); *see also* ECF Nos. 5-5 to 5-11 (Schedule C); ECF No. 5-12 (Schedule D - catalog of Plaintiff's genuine

---

[3] As set forth *supra* at note 2, Schedule A is attached hereto and is also found at ECF No. 9-1.

products bearing the CreeLED Marks). The Defendants are not now, nor have they ever been, authorized or licensed to use, reproduce, or make counterfeits, reproductions, or colorable imitations of the CreeLED Marks. *See* ECF No. 5-1 at ¶ 11.

The Plaintiff investigated the promotion and sale by the Defendants of counterfeit and infringing versions of the Plaintiff's branded and protected products. *See* ECF No. 5-1 at ¶¶ 11-14; ECF No. 5-2 at ¶ 5. The Plaintiff also accessed each of the e-commerce stores operating under the Defendants' Seller IDs, had a third-party investigator order products from each of the Seller IDs bearing counterfeits of the CreeLED Marks at issue, and requested each product to be shipped to an address in the Southern District of Florida. *See* ECF No. 5-1 at ¶¶ 11-14; *see also* ECF No. 5-2 at ¶ 5. Upon inspecting the CreeLED branded items that had been ordered though the Seller IDs by the Plaintiff's third-party investigator, the Plaintiff determined that the products were nongenuine, unauthorized versions of CreeLED products. *See* ECF No. 5-1 at ¶¶ 11-14; *compare also* ECF Nos. 5-5 to 5-11 *with* ECF No. 5-12.

On January 9, 2024, the Plaintiff filed its Complaint against Defendants for trademark counterfeiting and infringement, in violation of 15 U.S.C. § 1114 (Count I); false designation of origin, in violation of 15 U.S.C. § 1125(a) (Count II); common law unfair competition (Count III); and common law trademark infringement (Count IV). ECF No. 1. On January 17, 2024, the Plaintiff filed its *Ex Parte* Motion for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets, ECF No. 5, and an *Ex Parte* Motion for Order Authorizing Alternate Service of Process on Defendants, ECF No. 6. On January 17, 2024, the Court entered a Sealed Order Granting Motion for Alternative Service. ECF No. 8. On January 25, 2024, the Court entered a Sealed Order Granting *Ex Parte* Application for Entry of Temporary Restraining Order and temporarily restrained Defendants from infringing the

Plaintiff's marks, *i.e.*, the CreeLED Marks, and temporarily restrained the transfer of certain of the Defendants' assets. ECF No. 10.

Pursuant to the January 25, 2024 Order, the Plaintiff served each Defendant, by email and Plaintiff's publication website, with a copy of the Complaint (ECF No. 1), Schedule A (ECF No. 9-1), the Order Granting Motion for Alternative Service (ECF No. 8), the Order Granting *Ex Parte* Application for Entry of Temporary Restraining Order (ECF No. 10), and the summons issued in the case (ECF No. 17). ECF Nos. 18, 21. On February 29, 2024, the Plaintiff also served each Defendant with a copy of the Court's Order Setting Preliminary Injunction Hearing and Briefing Schedule (ECF No. 20), which had scheduled the preliminary injunction hearing in this matter for March 8, 2024, at 3:00 p.m. ECF No. 29.

## II. LEGAL STANDARD

The Plaintiff seeks a preliminary injunction pursuant to Federal Rule of Civil Procedure 65. To obtain a preliminary injunction, the Plaintiff must establish "(1) a substantial likelihood of success on the merits; (2) that irreparable injury will be suffered if the relief is not granted; (3) that the threatened injury outweighs the harm the relief would inflict on the non-movant; and (4) that the entry of the relief would serve the public interest." *Schiavo ex. rel Schindler v. Schiavo*, 403 F.3d 1223, 1225-26 (11th Cir. 2005); *see also Levi Strauss & Co. v. Sunrise Int'l. Trading Inc.*, 51 F.3d 982, 985 (11th Cir. 1995) (applying the test to a preliminary injunction in a Lanham Act case).

As outlined below, the Plaintiff submits sufficient evidentiary support to warrant enjoining Defendants from engaging in the alleged infringing activities. *See*, *e.g., Louis Vuitton Malletier, S.A. v. Key Lin, et al.,* No. 10-61640-CIV-HUCK (S.D. Fla. Sept 27, 2010) (granting preliminary injunction against defendants who failed to respond or appear in the case, after

4

plaintiff presented sufficient evidence of infringing activity to support its application for preliminary injunction).

### III. ANALYSIS

The declarations and exhibits submitted by the Plaintiff in support of its Motion support the following conclusions of law:

A. The Plaintiff has a substantial likelihood of success on the merits of its claims. The Plaintiff has a strong probability of proving at trial that consumers are likely to be confused by the Defendants' advertisements, promotions, sales, offers for sale, or distribution of goods bearing and/or using counterfeits, reproductions, or colorable imitations of the CreeLED Marks, and that the products the Defendants are selling and promoting for sale are copies of the Plaintiff's products that bear copies of the CreeLED Marks.

B. Because of the infringement of the CreeLED Marks, the Plaintiff is likely to suffer immediate and irreparable injury if a preliminary injunction is not granted. The following specific facts, as set forth by the Plaintiff in its Complaint, Motion, and accompanying declarations and exhibits, demonstrate that immediate and irreparable loss, damage, and injury will result to the Plaintiff and to consumers if a preliminary injunction is not issued:

i. Defendants own or control Internet based e-commerce stores and websites which advertise, promote, offer for sale, and sell products bearing counterfeit and infringing trademarks in violation of Plaintiff's rights; and

ii. There is good cause to believe that more counterfeit and infringing products bearing the Plaintiff's CreeLED Marks will appear in the marketplace; that consumers are

   likely to be misled, confused, and disappointed by the quality of these products; and that the Plaintiff may suffer loss of sales for its genuine products and an unnatural erosion of the legitimate marketplace in which it operates.

C. The balance of potential harm to the Defendants in restraining their trade in counterfeit and infringing branded products if a preliminary injunction is issued is far outweighed by the potential harm to the Plaintiff, the Plaintiff's reputation, and the goodwill that Plaintiff has engendered as a manufacturer and distributor of quality products, if such relief is not issued.

D. The public interest favors the issuance of a preliminary injunction to protect the Plaintiff's trademark interests, to encourage respect for the law, to facilitate the invention and development of innovative products, and to protect consumers from being defrauded by the illegal palming off of counterfeit goods as Plaintiff's genuine goods.

## IV. CONCLUSION

For the foregoing reasons, the undersigned **RESPECTFULLY RECCOMENDS** that the Plaintiff's Motion for Preliminary Injunction, ECF No. 5, be **GRANTED**. The undersigned further recommends that the preliminary injunction provide as follows:

(1)  Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any of the Defendants having notice of this Order are hereby restrained and enjoined until further Order of this Court as follows:

  a.  From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing the CreeLED Marks, or any confusingly similar trademarks, other than those actually manufactured or distributed by the Plaintiff;

  b.  From secreting, concealing, destroying, selling off, transferring, or otherwise

       disposing of: (i) any products, not manufactured or distributed by the Plaintiff, bearing and/or using the CreeLED Marks, or any confusingly similar trademarks; (ii) any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products bearing and/or using the CreeLED Marks; or (iii) any assets or other financial accounts subject to this Order, including inventory assets, in the actual or constructive possession of, or owned, controlled, or held by, or subject to access by, any of the Defendants, including, but not limited to, any assets held by or on behalf of any of the Defendants.

(2) Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any of the Defendants having notice of this Order shall immediately discontinue, until further Order of this Court, the unauthorized use of the CreeLED Marks, or confusingly similar trademarks, on or in connection with all Internet based e-commerce stores owned and operated or controlled by them, including the Internet based e-commerce stores operating under the Seller IDs.

(3) Each Defendant shall not transfer ownership of the Seller IDs during the pendency of this action, or until further Order of the Court.

(4) Upon receipt of notice of this Order, the Defendants and any third party financial institution, payment processor, bank, escrow service, money transmitter, or marketplace platform who is providing services for any of the Defendants, including but not limited to, AliExpress, Alipay, Dhgate, Dhpay, Joom, Wish, Wishpay, Amazon, Amazon Pay, Ebay, Etsy, and/or Taobao, and their related companies and affiliates (collectively, the "Third Party Providers"), shall, after receipt of notice of this Order, restrain the transfer of all funds, including funds relating to ongoing account activity, held or received for the Defendants' benefit or to be transferred into the Defendants' respective financial accounts, restrain any other financial accounts tied thereto, and immediately divert those restrained funds to a holding account for the trust of the Court. Such restraining of the funds shall be made without notice to the account

owners or the financial institutions until after those accounts are restrained. No funds restrained by this Order shall be transferred or surrendered by any Third Party Provider for any purpose (other than pursuant to a chargeback made pursuant to their security interest in the funds) without the express authorization of this Court.

(5) Any Defendant or Third Party Provider subject to this Order may petition the Court to modify the asset restraint set out in this Order.

(6) This Order shall apply to the Seller IDs, associated e-commerce stores and websites, and any other seller identification names, e-commerce stores, domain names, websites, or financial accounts which are being used by Defendants for the purpose of counterfeiting and infringing the CreeLED Marks at issue in this action and/or unfairly competing with Plaintiff.

(7) This Preliminary Injunction shall remain in effect during the pendency of this action, or until such further dates set by the Court or stipulated to by the parties.

(8) Pursuant to 15 U.S.C. § 1116(d)(5)(D) and Federal Rule of Civil Procedure 65(c), the Plaintiff shall maintain its previously-posted bond in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00), as payment for damages to which Defendants may be entitled for a wrongful injunction or restraint, during the pendency of this action, or until further Order of the Court.

---

Pursuant to Local Magistrate Rule 4(b), the Court finds good cause to EXPEDITE the period to serve and file written objections to this Report and Recommendation, if any, with the Honorable Jose E. Martinez, United States District Judge. The parties have four (4) days from the date of this Report and Recommendation, that is, **until March 12, 2024**, within which to file written objections. Failure to file timely objections will bar a *de novo* determination by the

District Judge of any issue addressed in the Report and Recommendation, will constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions," and will only allow appellate review of the district court order "for plain error if necessary in the interests of justice." 11th Cir. R. 3-1; 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191-92 (11th Cir. 2020).

    **RESPECTFULLY RECOMMENDED** in chambers in Miami, Florida, this 8th day of March 2024.

                                              EDUARDO I. SANCHEZ
                                              UNITED STATES MAGISTRATE JUDGE

cc:  Hon. Jose E. Martinez
      Counsel of Record

Schedule "A"

| Def. No. | User Name | Store URL | Product URL |
|---|---|---|---|
| 1 | Shenzhen Qianlin Lighting Co., Ltd. | https://qianlinled.en.alibaba.com/minisiteentrance.html | https://qianlinled.en.alibaba.com/product/1600938533975-927898314/genuine_crees_led_xhp70_2_6v_12v_2700k_7000k_cri80_cri90_high_power_leds_smd_led_for_flashlight_low_price.html |
| 2 | 21 Led Lighting Co.,LTD | https://www.aliexpress.com/store/1100862066 | https://www.aliexpress.us/item/3256803487614983.html |
| 3 | Aixy Topled Store | https://www.aliexpress.com/store/1101210794 | https://www.aliexpress.us/item/2251832504172086.html |
| 4 | Bebe World Lamp Specialty Store | https://www.aliexpress.com/store/1102888657 | https://www.aliexpress.us/item/3256805518716107.html |
| 5 | Berabo Official Store | https://www.aliexpress.com/store/1101890265 | https://www.aliexpress.us/item/3256803249823906.html |
| 6 | Bestsav1 Store | https://www.aliexpress.com/store/1100801289 | https://www.aliexpress.us/item/2251832433839210.html |
| 7 | CI CI WARM Store | https://www.aliexpress.com/store/1101388821 | https://www.aliexpress.us/item/3256804047672767.html |
| 8 | DF light Store | https://www.aliexpress.com/store/1100548792 | https://www.aliexpress.us/item/2255800617597660.html |
| 9 | Extreme Sports Store | https://www.aliexpress.com/store/1102672947 | https://www.aliexpress.us/item/3256805105325085.html |
| 10 | FPKB LED Store | https://www.aliexpress.com/store/1102693196 | https://www.aliexpress.us/item/3256805644624489.html |
| 11 | GFXXYH Lighting Factory Store | https://www.aliexpress.com/store/1101221303 | https://www.aliexpress.us/item/3256805926533271.html |
| 12 | GT Lighting Store | https://www.aliexpress.com/store/1101630530 | https://www.aliexpress.us/item/3256803453731376.html |
| 13 | HEINAST Lighting Store | https://www.aliexpress.com/store/1102879497 | https://www.aliexpress.us/item/3256805929387858.html |
| 14 | HRI outdoor exercise Store | https://www.aliexpress.com/store/1101427299 | https://www.aliexpress.us/item/2251832766733879.html |
| 15 | ICYYGO Tech Store | https://www.aliexpress.com/store/1102663304 | https://www.aliexpress.us/item/3256805562187772.html |
| 16 | IGMOPNRQ Component parts Store | https://www.aliexpress.com/store/1103206581 | https://www.aliexpress.us/item/3256805936861756.html |
| 17 | Kiwilighting Store | https://www.aliexpress.com/store/1100704667 | https://www.aliexpress.us/item/2251801636491678.html |
| 18 | Luckyinmall Store | https://www.aliexpress.com/store/1102726810 | https://www.aliexpress.us/item/3256805417808525.html |
| 19 | NO.1 Electronics store | https://www.aliexpress.com/store/1100504279 | https://www.aliexpress.us/item/2251832722088049.html |
| 20 | One TRLIFE LED Light Store | https://www.aliexpress.com/store/1101074290 | https://www.aliexpress.us/item/2251832863932628.html |
| 21 | ORCATORCH Lighting Store | https://www.aliexpress.com/store/1102926127 | https://www.aliexpress.us/item/3256805918043186.html |
| 22 | Paweinuo Factory Store | https://www.aliexpress.com/store/1102635619 | https://www.aliexpress.us/item/3256805085254757.html |
| 23 | PD Grow Lamp-Night Light Store | https://www.aliexpress.com/store/1101307597 | https://www.aliexpress.us/item/3256806005831979.html |
| 24 | PGLTS Lights Store | https://www.aliexpress.com/store/1101778600 | https://www.aliexpress.us/item/3256804220015413.html |
| 25 | POCKETMANhongtao Store | https://www.aliexpress.com/store/1100758265 | https://www.aliexpress.us/item/2251832623040109.html |
| 26 | Ricardo Cycling Store | https://www.aliexpress.com/store/1101623517 | https://www.aliexpress.us/item/3256803886732852.html |
| 27 | Richfire Official Store | https://www.aliexpress.com/store/1102912691 | https://www.aliexpress.us/item/3256806040409313.html |
| 28 | Ruix house Store | https://www.aliexpress.com/store/1101283009 | https://www.aliexpress.us/item/2251832690101861.html |
| 29 | ShanDun LED Factory Store | https://www.aliexpress.com/store/1100577646 | https://www.aliexpress.us/item/3256803261822908.html |
| 30 | ShenZhen HangYue Store | https://www.aliexpress.com/store/1100900275 | https://www.aliexpress.us/item/2251832425825199.html |
| 31 | Shenzhen Ilikebuy Technology Co.,Ltd. | https://www.aliexpress.com/store/1100431204 | https://www.aliexpress.us/item/2251832658909629.html |
| 32 | SHENZHEN LED Store | https://www.aliexpress.com/store/1101213771 | https://www.aliexpress.us/item/2255800572000897.html |
| 33 | Shenzhen NuoSenDa Electronics Ltd. | https://www.aliexpress.com/store/1100520961 | https://www.aliexpress.us/item/2251832614087354.html |
| 34 | Shenzhen Yajiamei Photoelectric Co., LTD | https://www.aliexpress.com/store/1100479876 | https://www.aliexpress.us/item/2251801368800842.html |
| 35 | Shenzhen-SF- Lighting Store | https://www.aliexpress.com/store/1101263195 | https://www.aliexpress.us/item/2251832642234796.html |
| 36 | Shop1102812186 Store | https://www.aliexpress.com/store/1102808316 | https://www.aliexpress.us/item/3256805350011658.html |
| 37 | Shop1102824319 Store | https://www.aliexpress.com/store/1102825328 | https://www.aliexpress.us/item/3256806049937847.html |
| 38 | Shop1102905264 Store | https://www.aliexpress.com/store/1102904294 | https://www.aliexpress.us/item/3256805650565099.html |
| 39 | Shop1103071239 Store | https://www.aliexpress.com/store/1103064423 | https://www.aliexpress.us/item/3256805970839932.html |
| 40 | Shop1126001 Store | https://www.aliexpress.com/store/1100807165 | https://www.aliexpress.us/item/3256804702993634.html |
| 41 | Shop1779069 Store | https://www.aliexpress.com/store/1101061950 | https://www.aliexpress.us/item/2251832719959662.html |
| 42 | Shop4666125 Store | https://www.aliexpress.com/store/1101306592 | https://www.aliexpress.us/item/2251832772483906.html |
| 43 | Shop617192 Store | https://www.aliexpress.com/store/1100548096 | https://www.aliexpress.us/item/2251832767407332.html |
| 44 | small pill's store | https://www.aliexpress.com/store/1100531480 | https://www.aliexpress.us/item/2251832626112233.html |
| 45 | Sobaldr Store | https://www.aliexpress.com/store/1103012274 | https://www.aliexpress.us/item/3256805898004980.html |
| 46 | SSMMDZ Store | https://www.aliexpress.com/store/1102322100 | https://www.aliexpress.us/item/3256804619346453.html |
| 47 | stictech co., ltd ,outdoor Store | https://www.aliexpress.com/store/1100809598 | https://www.aliexpress.us/item/3256802548756181.html |
| 48 | Tai Lighting Store | https://www.aliexpress.com/store/1102945030 | https://www.aliexpress.us/item/3256805923602114.html |
| 49 | The GOvogue Store | https://www.aliexpress.com/store/1101420887 | https://www.aliexpress.us/item/3256803241585004.html |
| 50 | TRLIFE Official Store | https://www.aliexpress.com/store/1100536756 | https://www.aliexpress.us/item/3256805272055319.html |
| 51 | VBS Official Store | https://www.aliexpress.com/store/1100918568 | https://www.aliexpress.us/item/2251832520596440.html |
| 52 | walkefire cycling fun Store | https://www.aliexpress.com/store/1100517935 | https://www.aliexpress.us/item/2251832620047006.html |
| 53 | Wins Fire Light Store | https://www.aliexpress.com/store/1102824702 | https://www.aliexpress.us/item/3256805397255344.html |

| # | Store Name | Store URL | Product URL |
|---|---|---|---|
| 54 | XIANGCLEAR Store | https://www.aliexpress.com/store/1103007012 | https://www.aliexpress.us/item/3256805792953193.html |
| 55 | XIAO9 Cycling Accessories Store | https://www.aliexpress.com/store/1102180331 | https://www.aliexpress.us/item/3256804318744574.html |
| 56 | XINYI factory Store | https://www.aliexpress.com/store/1101542350 | https://www.aliexpress.us/item/3256805479482808.html |
| 57 | XIWANGFIRE Official Store | https://www.aliexpress.com/store/1102526106 | https://www.aliexpress.us/item/3256805799055932.html |
| 58 | Yahardware Store | https://www.aliexpress.com/store/1102184008 | https://www.aliexpress.us/item/3256804889062358.html |
| 59 | Yajiamei Optics Co.,Ltd. | https://www.aliexpress.com/store/1100564393 | https://www.aliexpress.us/item/2251801140160521.html |
| 60 | yifanao Official Store | https://www.aliexpress.com/store/1101407366 | https://www.aliexpress.us/item/2255800904884820.html |
| 61 | aaab | https://www.dhgate.com/store/14143121 | https://www.dhgate.com/product/2019-new-flashlight-tactical-insight-red/488325468.html |
| 62 | amychen4646 | https://www.dhgate.com/store/products/19151656.html | https://www.dhgate.com/product/hot-real-linternas-led-flashlight-18000-lumens/391816839.html |
| 63 | bandala | https://www.dhgate.com/store/20384301 | https://www.dhgate.com/product/new-dive-lamp-30w-3x-xml-l2-4000-lumen-led/398974382.html |
| 64 | bei09 | https://www.dhgate.com/store/21756539 | https://www.dhgate.com/product/bike-lights-link-headlight-led-bicycle-stvzo/842775911.html |
| 65 | big4grow | https://www.dhgate.com/store/16940269 | https://www.dhgate.com/product/original-cree-cob-cxb3590-3000k-3500k-5000k/483864455.html |
| 66 | bookgoods | https://www.dhgate.com/store/products/20941156.html | https://www.dhgate.com/product/10w-cree-20mm-star-pcb-mc-e-rgbw-rgb-white/524175547.html |
| 67 | camellia3 | https://www.dhgate.com/store/21919977 | https://www.dhgate.com/product/head-lamps-new-xml-t6-cob-5modes-18650-rechargeable/910912887.html |
| 68 | chao07 | https://www.dhgate.com/store/products/21357708.html | https://www.dhgate.com/product/hot-5-pcs-lots-high-power-xml-t6-5-modes/670414762.html |
| 69 | christmas lights | https://www.dhgate.com/store/20488048 | https://www.dhgate.com/product/dimmable-6w-9w-12w-15w-18w-21w-cree-led-panel/400456896.html |
| 70 | cindan | https://www.dhgate.com/store/21122525 | https://www.dhgate.com/product/led-rechargeable-flashlight-pocket-xml-t6/426682582.html |
| 71 | cow08 | https://www.dhgate.com/store/products/21628480.html | https://www.dhgate.com/product/headlamps-xml-t6-d-headlamp-3-mode-zoomab/887135543.html |
| 72 | dandankang | https://www.dhgate.com/store/20331716 | https://www.dhgate.com/product/cree-xml-t6-3800lumens-high-power-led-torches/468874403.html |
| 73 | danny2014 | https://www.dhgate.com/store/products/20735839.html | https://www.dhgate.com/product/xml-t6-flashlight-high-power-led-torches/835871118.html |
| 74 | dou08 | https://www.dhgate.com/store/products/21599571.html | https://www.dhgate.com/product/led-spotlights-embedded-ceiling-light-living/716544148.html |
| 75 | eebhod | https://www.dhgate.com/store/21826840 | https://www.dhgate.com/product/2400-lumens-xml-t6-led-2-cob-headlamp-usb/887605007.html |
| 76 | flashpurchase | https://www.dhgate.com/store/products/21460062.html | https://www.dhgate.com/product/lowest-price-ultrafire-t6-cree-xm-l-t6-2000lumens/530987925.html |
| 77 | fyautoper | https://www.dhgate.com/store/21703499 | https://www.dhgate.com/product/car-lights-2pcs-120w-36000lm-9006-hb4-cree/860604424.html |
| 78 | garden_light | https://www.dhgate.com/store/21580106 | https://www.dhgate.com/product/torches-brelong-led-highlight-xml-flashlight/840189056.html |
| 79 | glasgow | https://www.dhgate.com/store/21770730 | https://www.dhgate.com/product/motorcycle-lighting-mini-size-6000k-white/889827718.html |
| 80 | GLOBAL Lights Technology | https://www.dhgate.com/store/14774158 | https://www.dhgate.com/product/15000lm-led-head-lamp-light-xml-t6-4r5-headlamp/413156394.html |
| 81 | Guangzhou TIPTOP Stage Lighting Corporation limited | https://www.dhgate.com/store/14404952 | https://www.dhgate.com/product/80-off-rgbw-cree-led-mini-wash-moving-head/609950003.html |
| 82 | holawholesaler | https://www.dhgate.com/store/21666427 | https://www.dhgate.com/product/rechargeable-led-headlamp-cree-xmlt6-5000lumens/677317555.html |
| 83 | hu0822 | https://www.dhgate.com/store/21815476 | https://www.dhgate.com/product/ideal-holders-chip-lok-cree-cob-holder-50/886618847.html |
| 84 | huisports | https://www.dhgate.com/store/21935270 | https://www.dhgate.com/product/flashlights-torches-rechargeable-xml-t6-led/923828649.html |
| 85 | huo06 | https://www.dhgate.com/store/21859851 | https://www.dhgate.com/product/flashlights-torches-headlight-xml-t6-l2-led/919190034.html |
| 86 | hydd | https://www.dhgate.com/store/21925493 | https://www.dhgate.com/product/flashlights-torches-rechargeable-xml-t6-led/916547271.html |
| 87 | isearching | https://www.dhgate.com/store/21298089 | https://www.dhgate.com/product/alonefire-dv30-portable-2000lm-cree-xm-l2/507362505.html |
| 88 | jetboard | https://www.dhgate.com/store/products/20994808.html | https://www.dhgate.com/product/dark-knight-lr-3-front-bicycle-3-x-cree-xml/426552059.html |
| 89 | keng05 | https://www.dhgate.com/store/21882898 | https://www.dhgate.com/product/flashlights-torches-xml-t6-led-flashlight/877436856.html |
| 90 | koj7820 | https://www.dhgate.com/store/21851176 | https://www.dhgate.com/product/new-1800lm-xml-t6-led-bicycle-lanterna-bike/831661302.html |
| 91 | laiwenyuan | https://www.dhgate.com/store/21256531 | https://www.dhgate.com/product/brelong-xml-t61000lm-high-power-led-zoom/471403013.html |
| 92 | led light | https://www.dhgate.com/store/20000803 | https://www.dhgate.com/product/new-xml-t6-2-r5-led-headlight-head-torch/464646644.html |
| 93 | Led light/Face mask store | https://www.dhgate.com/store/20984772 | https://www.dhgate.com/product/cree-xml-t6-flashlight-torch-5000-lumens/410860583.html |
| 94 | ledchris | https://www.dhgate.com/store/20141795 | https://www.dhgate.com/product/dimmable-led-panel-light-recessed-downlights/490080071.html |
| 95 | ledwholesale711 | https://www.dhgate.com/store/19921367 | https://www.dhgate.com/product/new-arrival-super-34000lm-14x-cree-xm-l-t6/408835225.html |
| 96 | lian09 | https://www.dhgate.com/store/21755418 | https://www.dhgate.com/product/brightest-professional-diving-flashlight/753882519.html |
| 97 | lilykang | https://www.dhgate.com/store/products/20290233.html | https://www.dhgate.com/product/cree-xml-t6-2000lumens-high-power-led-flashlight/762464075.html |
| 98 | long10 | https://www.dhgate.com/store/products/21569437.html | https://www.dhgate.com/product/100w-cree-led-aquarium-light-marine-reef/652175904.html |
| 99 | luxurylady1 | https://www.dhgate.com/store/products/21421291.html | https://www.dhgate.com/product/xml-t6-camping-headlamp-torch-led-head-lamp/767938235.html |
| 100 | measuringtools | https://www.dhgate.com/store/20718862 | https://www.dhgate.com/product/lightweight-300lm-3w-magnetic-cree-led-usb/868794808.html |
| 101 | mengyang10 | https://www.dhgate.com/store/21608240 | https://www.dhgate.com/product/flashlights-torches-8000-lumen-30w-3-mode/835510264.html |
| 102 | mkij0218 | https://www.dhgate.com/store/21850965 | https://www.dhgate.com/product/a-lights-34000-lm-14x-cree-t6-led-3-modes/832211744.html |
| 103 | Mtled8 | https://www.dhgate.com/store/18503652 | https://www.dhgate.com/product/shustar-cree-xml-t6-led-flashlight-torch/414531686.html |
| 104 | niao009 | https://www.dhgate.com/store/21753453 | https://www.dhgate.com/product/convoy-s2-gray-cree-xml2-u2-1a-edc-led-flashlight/760734960.html |
| 105 | opus | https://www.dhgate.com/store/products/16747452.html | https://www.dhgate.com/product/12pcs-lot-12v-24v-led-underwater-swimming/429024717.html |
| 106 | outdoors2000 | https://www.dhgate.com/store/21838613 | https://www.dhgate.com/product/g700-e17-cree-xml-t6-flashlights-torch-2000lumens/808772765.html |
| 107 | pang06 | https://www.dhgate.com/store/21859875 | https://www.dhgate.com/product/flashlights-torches-xml-t6-led-flashlight/870968264.html |
| 108 | patrickchen | https://www.dhgate.com/store/20057723 | https://www.dhgate.com/product/cree-led-led-wash-mini-moving-head-light/416864219.html |
| 109 | qiangdhgatesco | https://www.dhgate.com/store/products/21578041.html | https://www.dhgate.com/product/m600-tactical-scout-light-m600b-cree-led/899909513.html |

| | | | |
|---|---|---|---|
| 110 | ravpower | https://www.dhgate.com/store/products/21225490.html | https://www.dhgate.com/product/2pcs-80w-2800lm-cree-led-headlight-bulb-h7/476462940.html |
| 111 | selectedlighting | https://www.dhgate.com/store/20168467 | https://www.dhgate.com/product/ip67-waterproof-outdoor-led-lamp-1w12v-24v/395029163.html |
| 112 | shen8402 | https://www.dhgate.com/store/products/19752224.html | https://www.dhgate.com/product/100-original-mini-light-tip2-cree-xp-g3-s3/762257746.html |
| 113 | shenzhen2005 | https://www.dhgate.com/store/20133205 | https://www.dhgate.com/product/370-lumens-1-mode-cree-xp-g-r5-led-6500-7000k/490191747.html |
| 114 | smxx | https://www.dhgate.com/store/21800738 | https://www.dhgate.com/product/9t6-bike-light-9cree-xml-t6-3-modes-14000lm/850256723.html |
| 115 | sport_company | https://www.dhgate.com/store/20745666 | https://www.dhgate.com/product/cree-t6-led-flashlight-camping-self-defense/432649498.html |
| 116 | sportop_company | https://www.dhgate.com/store/products/21201574.html | https://www.dhgate.com/product/new-1pc-canbus-high-bright-cree-3smd-c5w/754178160.html |
| 117 | sunway518 | https://www.dhgate.com/store/19947693 | https://www.dhgate.com/product/cree-120w-integrated-t8-led-tube-light-double/565288773.html |
| 118 | superledmarket | https://www.dhgate.com/store/16953940 | https://www.dhgate.com/product/new-cree-xml-l2-led-headlamp-zoomable-headlight/422584719.html |
| 119 | tales02 | https://www.dhgate.com/store/21918406 | https://www.dhgate.com/product/flashlights-torches-6500lm-6x-xml-t6-led/911037486.html |
| 120 | topwholesalerno1 | https://www.dhgate.com/store/21460422 | https://www.dhgate.com/product/3w-wf-501b-cree-uv-led-flashlight-purple/745264751.html |
| 121 | tuttle | https://www.dhgate.com/store/20213766 | https://www.dhgate.com/product/dhl-9w-12w-15w-18w-21w-cree-led-panel-lights/397248190.html |
| 122 | us_maryland | https://www.dhgate.com/store/21830172 | https://www.dhgate.com/product/flashlights-torches-xml-t6-led-flashlight/810261531.html |
| 123 | vavashop | https://www.dhgate.com/store/21225755 | https://www.dhgate.com/product/1200lm-cree-t6-led-headlamp-headlight-head/478003423.html |
| 124 | violin1 | https://www.dhgate.com/store/20143976 | https://www.dhgate.com/product/powerful-xml-t6-2000lumens-high-power-led/922615829.html |
| 125 | vip_warehouse | https://www.dhgate.com/store/21904926 | https://www.dhgate.com/product/head-lamps-raykol-cree-xpg-3-2-led-headlamp/906315159.html |
| 126 | volvo-dh2010 | https://www.dhgate.com/store/14500082 | https://www.dhgate.com/product/cree-white-8x10-watt-led-spider-moving-head/426406656.html |
| 127 | walstarled | https://www.dhgate.com/store/20339054 | https://www.dhgate.com/product/new-fashion-art-cube-12w-15w-cree-led-track/756291456.html |
| 128 | wds542 | https://www.dhgate.com/store/21851238 | https://www.dhgate.com/product/new-1800lm-xml-t6-led-bicycle-lanterna-bike/828822195.html |
| 129 | weightscales | https://www.dhgate.com/store/20828905 | https://www.dhgate.com/product/cree-xml-led-headlamp-headlight-10000-lumens/902443016.html |
| 130 | Wholesale product | https://www.dhgate.com/store/20620751 | https://www.dhgate.com/product/panel-lights-dimmable-3w-9w-12w-15w-18w-21w/408219568.html |
| 131 | wishmall66 | https://www.dhgate.com/store/21750877 | https://www.dhgate.com/product/7t6-bike-light-7-cree-xm-l-t6-3-modes-9800lm/922816062.html |
| 132 | wolfkingoutdoor | https://www.dhgate.com/store/21741352 | https://www.dhgate.com/product/flashlight-ultrafire-2000-lumens-cree-xm/740173768.html |
| 133 | wsj121314864 | https://www.dhgate.com/store/21657599 | https://www.dhgate.com/product/tactical-pistol-flashlight-red-laser-sight/703019574.html |
| 134 | wuliannanya | https://www.dhgate.com/store/products/21634815.html | https://www.dhgate.com/product/emergency-lights-hy13-automotive-led-width/750348408.html |
| 135 | XY Happy | https://www.dhgate.com/store/19960496 | https://www.dhgate.com/product/scolour-bike-bicycle-accessory-t6-1200lm/234224110.html |
| 136 | xzoepi | https://www.dhgate.com/store/21826958 | https://www.dhgate.com/product/7t6-bike-light-7-cree-xm-l-t6-3-modes-9800lm/922817879.html |
| 137 | xzxzccc | https://www.dhgate.com/store/21751067 | https://www.dhgate.com/product/sf-m600u-scout-light-led-500-lumens-cree/808741029.html |
| 138 | yiwutop2 | https://www.dhgate.com/store/21784180 | https://www.dhgate.com/product/flashlight-xml-t6-tactical-mini-torch-waterproof/766813498.html |
| 139 | yqlchpchx888 | https://www.dhgate.com/store/21035364 | https://www.dhgate.com/product/factory-direct-sale-a100-strong-light-flashlight/430383350.html |
| 140 | zeinlam | https://www.dhgate.com/store/21180483 | https://www.dhgate.com/product/outdoor-zoomable-xml-t6-led-bicycle-light/459012511.html |
| 141 | zhy0877 | https://www.dhgate.com/store/21815370 | https://www.dhgate.com/product/ideal-holders-chip-lok-led-cob-holder-50/886750098.html |
| 142 | Zidoneled | https://www.dhgate.com/store/20305017 | https://www.dhgate.com/product/super-bright-3t6-8000lm-4-modes-cree-xml/391619281.html |

**Schedule B**

|    | Classes           | Trademark | Registration No. |
|----|-------------------|-----------|------------------|
| 1  | 09 Int.           | CREE      | 2,440,530        |
| 2  | 42 Int.           | CREE      | 4,597,310        |
| 3  | 35 Int.           | CREE      | 4,896,239        |
| 4  | 39 Int.           | CREE      | 4,787,288        |
| 5  | 09 Int.           | CREE      | 3,935,628        |
| 6  | 11 Int.           | CREE      | 3,935,629        |
| 7  | 40 Int.           | CREE      | 3,938,970        |
| 8  | 42 Int.           | CREE      | 4,026,756        |
| 9  | 09 Int.           | CREE      | 4,641,937        |
| 10 | 37 Int.           | CREE      | 4,842,084        |
| 11 | 09 Int., 41 Int.  | CREE      | 4,767,107        |

**Schedule B**

| | | | |
|---|---|---|---|
| 12 | 09 Int., 11 Int., 35 Int., 36 Int., 37 Int., 39 Int., 40 Int., 41 Int., 42 Int. | CREE & Design (2D Trisected Diamond) | 6,091,202 |
| 13 | 09 Int., 11 Int., 37 Int., 39 Int. | CREE & Design (2D Trisected Diamond) | 5566249 |
| 14 | 09 Int. | CREE & Design (solid) | 4,234,124 |
| 15 | 11 Int. | CREE & Design (solid) | 4,233,855 |
| 16 | 37 Int. | CREE & Design (solid) | 4933004 |
| 17 | 09 Int., 41 Int. | CREE & Design (solid) | 4771402 |
| 18 | 42 Int. | CREE & Design (solid) | 4,597,311 |
| 19 | 09 Int. | CREE & Design (striped) | 2,452,761 |
| 20 | 09 Int. | CREE & Design (striped) | 3,935,630 |
| 21 | 42 Int. | CREE & Design (striped) | 2,922,689 |
| 22 | 09 Int. | CREE Design - Diamond Design (Solid) | 2,504,194 |

**Schedule B**

| 23 | 11 Int., 35 Int., 40 Int. | CREE Design (2D Trisected Diamond) | 6,315,812 |
|---|---|---|---|
| 24 | 09 Int., 11 Int., 37 Int., 39 Int., 41 Int., 42 Int. | CREE Design (2D Trisected Diamond) | 5,571,046 |
| 25 | 09 Int. | CREE Design (striped) | 3,998,141 |
| 26 | 11 Int. | CREE EDGE | 5,745,621 |
| 27 | 09 Int. | CREE LED LIGHT & Design | 3,327,299 |
| 28 | 09 Int., 11 Int. | CREE LED LIGHTING | 3,891,765 |
| 29 | 09 Int., 11 Int. | CREE LED LIGHTING & Design | 3,891,756 |
| 30 | 09 Int., 11 Int. | CREE LEDS & Design (2D) | 5,846,029 |
| 31 | 09 Int. | CREE LEDS & Design (solid) | 3,360,315 |
| 32 | 11 Int. | CREE LEDS & Design (solid) | 4,558,924 |
| 33 | 11 Int. | CREE LIGHTING | 6,125,508 |

Schedule B

| 34 | 37 Int., 39 Int., 41 Int., 42 Int. | CREE LIGHTING | 6,251,971 |
|---|---|---|---|
| 35 | 11 Int. | CREE LIGHTING & Design (horizontal) | 6,228,836 |
| 36 | 37 Int., 39 Int., 41 Int., 42 Int. | CREE LIGHTING & Design (horizontal) | 6,234,496 |
| 37 | 11 Int. | CREE LIGHTING & Design (vertical) | 6,234,497 |
| 38 | 09 Int. | CREE TRUEWHITE | 4,029,469 |
| 39 | 11 Int. | CREE TRUEWHITE | 4,091,530 |
| 40 | 09 Int. | CREE TRUEWHITE TECHNOLOGY & Design (solid) | 5,022,755 |
| 41 | 11 Int. | CREE TRUEWHITE TECHNOLOGY & Design (solid) | 4,099,381 |
| 42 | 11 Int. | CREE TRUEWHITE TECHNOLOGY & Design (striped) | 4,286,398 |
| 43 | 09 Int. | CREE VENTURE LED COMPANY & Design (horizontal) | 5,852,185 |

**Schedule B**

| 44 | 09 Int. | CREE VENTURE LED COMPANY & Design (vertical) | 5,852,184 |
|---|---|---|---|
| 45 | 09 Int. | EASYWHITE | 3,935,393 |
| 46 | 11 Int. | EASYWHITE | 4,060,563 |
| 47 | 42 Int. | EASYWHITE | 4,384,225 |
| 48 | 09 Int. | EZBRIGHT | 3,357,336 |
| 49 | 09 Int. | GSIC | 2,012,686 |
| 50 | 09 Int. | J SERIES | 5,852,400 |
| 51 | 09 Int. | MEGABRIGHT | 2,650,523 |
| 52 | 09 Int. | RAZERTHIN | 2,861,793 |
| 53 | 09 Int. | SC3 TECHNOLOGY (stylized) | 4,502,559 |
| 54 | 09 Int. | SC5 TECHNOLOGY | 5,256,643 |

**Schedule B**

| 55 | 9 Int. | SCREEN MASTER | 5,067,029 |
|---|---|---|---|
| 56 | 09 Int., 11 Int. | TRUEWHITE | 3,812,287 |
| 57 | 09 Int. | TRUEWHITE TECHNOLOGY & Design | 3,888,281 |
| 58 | 11 Int. | TRUEWHITE TECHNOLOGY & Design | 3,888,282 |
| 59 | 09 Int. | ULTRATHIN | 4,110,443 |
| 60 | 09 Int. | XBRIGHT | 2,644,422 |
| 61 | 09 Int. | XLAMP | 3,014,910 |
| 62 | 09 Int. | XM-L | 5,294,417 |
| 63 | 09 Int. | XTHIN | 2,861,792 |